UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT E. WATSON,

                Plaintiff,

-v-

BRONXCARE HEALTH SYSTEM,

                Defendant.

19 Civ. 11645 (PAE) (DCF)

ORDER

PAUL A. ENGELMAYER, District Judge:

    A case management conference in this case is scheduled for **April 25, 2022, at 2 p.m.** This conference will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

    At the conference, the Court will take up the substance of defendant's April 13, 2022 pre-motion letter seeking leave to file a motion for summary judgment. *See* Dkt. 41. *Pro se* plaintiff Robert E. Watson's deadline to respond to that pre-motion letter is April 20, 2022.

SO ORDERED.

                                      *Paul A. Engelmayer*
                                      PAUL A. ENGELMAYER
                                      United States District Judge

Dated: April 13, 2022
       New York, New York